with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM R. ROSE, as Sole Surviving Trustee, etc., of AL HAYMAN, Deceased, and of WILLIAM R. ROSE and ALFRED L. ROSE, as Executors, etc., of MINNIE HAYMAN, Deceased, Trustee, etc., of AL HAYMAN, Deceased.— Decree affirmed, with costs, on the opinions of Foley, S.■

SAMUEL FALK, as Trustee in Bankruptcy of MARGARET E. McCANN, Respondent, v. THE BANK OF UNITED STATES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

FRANCES SEIDNER, Respondent, v. MAURICE LEVINSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

ISABELLE GRAINGER, Respondent, v. SARAH BACKER and Others, Defendants, Impleaded with WILLIAM BACKER and Others, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,719.23; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

WILLIAM S. DEYO, Appellant, v. MILLS NOVELTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

FLORIDA LAND HOLDING CORPORATION, Respondent, v. DAVID W. BURKE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.; O'Malley, J., dissents. [135 Misc. 341.]

ABRAHAM SCHNEIDER, Appellant, v. BENJAMIN SCHRIFT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, v. OSCAR SANDMAN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

PENNSYLVANIA EXCHANGE BANK, Respondent, v. MARYLAND CASUALTY COMPANY, a Maryland Corporation, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of MARY E. BRADY, Appellant, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE CITY OF NEW YORK, Respondent, v. RED STAR TOWING AND TRANSPORTATION COMPANY, Appellant.— Order affirmed, with ten dollars costs and dis-